UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MANCIL BROWN, | ) | NO. CV 15-2834-AB (AS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 8, 2015.

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE